HYMAN KOFFLER, Respondent, *v.* HERTZ DRIVURSELF STATIONS, INC., Appellant.

*Appeal — motion for permission to withdraw appeal granted.*

Reported below, 222 App. Div. 679.

(Argued January 9, 1928; decided January 17, 1928.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 4, 1927, reversing on the facts a judgment in favor of defendant entered upon a verdict and granting a new trial.

The motion was made on the ground that the appeal had been inadvertently taken.

*James A. Nooney* and *John D. O' Neil* for motion.

*Laurence A. Steinhardt* opposed.

Motion granted upon the following conditions:

1. The defendant shall stipulate that the action shall not abate in the event of the plaintiff's death.

2. The defendant shall pay the costs of the appeal to date and ten dollars costs of motion within ten days.

If these conditions are not complied with within ten days, the motion is denied, with ten dollars costs.